appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

JULIAN C. LAVIN v. COPLEY-PLAZA OPERATING COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

WILLIAM E. HANNA v. EMORY A. STEDMAN, as President, etc.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MARY SCHUSTER and Others, as Administrators, etc., v. TOWN TAXI CAB COMPANY, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

LOUIS A. TYLER v. JOHN H. WINDELS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

DANIEL E. POMEROY and Others v. HOCKING VALLEY RAILWAY COMPANY.— Motion denied, with ten dollars costs. See memorandum for counsel. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

SCHWARTZ & COMPANY, INC., v. AIMWELL COMPANY, INC., and Others. — Motion granted; question certified. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

BERT LEVY and Others v. WORLD FILM CORPORATION.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

HOWARD L. SILLS and Others v. DICKERSON & GASKELL, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LEON LIEBERMAN.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

SCHWARTZ & COMPANY, INC., v. AIMWELL COMPANY, INC., and Others. — Motion denied. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GENERAL CHEMICAL COMPANY v. JACOB A. CANTOR and Others, as Commissioners, etc.— Motion granted to extent stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MARIE PHELAN v. DAVID E. KENNEDY.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of FRANK E. CROSBY v. THE BOARD OF EDUCATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

BENJAMIN BERNSTEIN v. ANNIE BERNSTEIN and Others.— Motion for stay granted. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

CALOGERO PUELO v. FRANCIS D. BAILEY and Others. VITA PUELO v. FRANCIS D. BAILEY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of NATHANIEL L. GLADSTONE.— Motion denied. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.